# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION



**FILED**

AUG 1 2 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC,
## TELEPHONE CONSUMER PROTECTION ACT LITIGATION

| | |
|---|---|
| Keyes v. Portfolio Recovery Associates, LLC, et al., ) | |
| S.D. California, C.A. No. 3:15-01360                )  | MDL No. 2295 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

On August 4, 2015, a conditional transfer order was filed in this litigation. The above-captioned civil action (*Keyes*) was included on that order in error.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-63" filed on August 4, 2015, is REVOKED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel