# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| Anne Keyes<br><br>Plaintiff,<br>v.<br><br>Portfolio Recovery Associates, LLC<br><br>Defendant. | Case No. 15-cv-01360-MMA-NLS<br><br>**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE** |

**FILED AUG 28 2015**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re: "Low-Numbered Case No.: 11-md-02295-JAH-BGS
Title: In Re: Portfolio Recovery Associates, LLC, Telephone Consumer Protection Act
Nature of Case: 890 - Other Statutory Actions

The above "low-numbered" case and the present case appear:

- ☒ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☐ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☐ (4) call for determination of the same or substantially identical questions of law; or
- ☐ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☐ (6) for other reasons would entail unnecessay duplication of labor if heard by different judges.

**New Case #:** 15CV1360-JAH-BGS

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

Dated: 8/17/15

**John Morrill**, Clerk of Court,
By: s/D. Sutton
D. Sutton, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 8/27/15

John A. Houston
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge John A. Houston and Magistrate Judge Bernard G. Skomal for all further proceedings.

Dated: 8/22/2015

Michael M. Anello
United States District Judge